UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:21-MJ-00028-JLT |
| Plaintiff, | ) |
| v. | ) **UNSEALING ORDER** |
| | ) |
| JOSE MANUEL ASTORGA | ) |
| Defendant. | ) |

Good cause due to the defendant's pending Initial Appearance on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **June 3, 2021**                    **/s/ Jennifer L. Thurston**
                          CHIEF UNITED STATES MAGISTRATE JUDGE