# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No: 5:21-mj-00028-1-JLT |
| )  Plaintiff,   ) | **ORDER APPOINTING COUNSEL** |
| )  vs.   ) | |
| )  JOSE MANUEL ASTORGA,   ) | |
| )  Defendant.   ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia L. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to June 2, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **June 7, 2021**          **/s/ Jennifer L. Thurston**
  CHIEF UNITED STATES MAGISTRATE JUDGE