# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL ASTORGA,<br><br>Defendant. | Case No.: 5:21-mj-00028-JLT<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO THE DISTRICT OF OREGON |

On June 8, 2021, defendant Omar Alejandro Gonzalez was ordered released on conditions, including a $5,000.00 cash bond and was ordered to report to the United States District Court, District of Oregon, for further proceedings. On June 10, 2021, a cash bond in the amount of $5,000.00 was posted as to defendant Jose Manuel Astorga. On June 10, 2021, this Court transferred relevant documents to the District of Oregon. (Doc. 13) Given that Mr. Astorga's case is now pending before the District of Oregon, Case No. 3:19-cr-00585-JO, the Court ORDERS the Clerk of Court to transfer the $5,000.00 cash bond to the District of Oregon.

IT IS SO ORDERED.

Dated:  **June 10, 2021**          _/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE